IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DAMIEN PINEDA-PORTILLO, | |
| Plaintiff, | 1:07-cv-00401-ALA HC |
| vs. | |
| SIX UNKNOWN NAMES AGENTS or MR. PRESIDENT, | |
| Defendant(s). | ORDER |

/////

    Plaintiff is a federal prisoner proceeding pro se in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

/////

    1. The findings and recommendations filed July 30, 2007, are adopted in full; and

    2. Plaintiff's complaint is dismissed without prejudice.

DATED: September 27, 2007

    /s/ Arthur L. Alarcón
    UNITED STATES CIRCUIT JUDGE
    Sitting by Designation